**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lucy Moses<br>Eugene D. Moses fka lucy cruz<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 19-11906 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Global Lending Services, LLC and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Kevin G. McDonald, Esq.**
                        Kevin G. McDonald, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322