# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lucy Moses<br>Eugene D. Moses fka lucy cruz<br>        Debtor(s) | CHAPTER 7 |
| Global Lending Services, LLC<br>        Movant<br>vs. | NO. 19-11906 AMC |
| Lucy Moses<br>Eugene D. Moses fka lucy cruz<br>        Debtor(s) | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>        Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services, LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 Ford Truck F150 Pickup, VIN: 1FTFW1EF3DFB72182  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 1st    day of July    , 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Lucy Moses
329 West 21st Street
Chester, PA 19013

Eugene D. Moses fka lucy cruz
329 West 21st Street
Chester, PA 19013

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532