United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11906-amc
Eugene D Moses                                                      Chapter 7
Lucy Moses
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 1         Date Rcvd: Jul 01, 2019
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db/jdb         +Eugene D Moses,    Lucy Moses,    329 W 21st St,    Chester, PA 19013-4917
               +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              JEANNE MARIE CELLA    on behalf of Debtor Eugene D Moses paralegal@lawjmc.com,    pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Joint Debtor Lucy  Moses paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lucy Moses<br>Eugene D. Moses fka lucy cruz<br>__Debtor(s)__ | CHAPTER 7 |
| Global Lending Services, LLC<br>__Movant__<br>vs. | NO. 19-11906 AMC |
| Lucy Moses<br>Eugene D. Moses fka lucy cruz<br>__Debtor(s)__ | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>__Trustee__ | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services, LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 Ford Truck F150 Pickup, VIN: 1FTFW1EF3DFB72182  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 1st     day of July     , 2019.

_____
United States Bankruptcy Judge.

cc: See attached service list

Lucy Moses
329 West 21st Street
Chester, PA 19013

Eugene D. Moses fka lucy cruz
329 West 21st Street
Chester, PA 19013

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532