```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                           Case No. 19-11906-amc
Eugene D Moses                                                   Chapter 7
Lucy Moses
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Antoinett              Page 1 of 1              Date Rcvd: Jul 08, 2019
                                  Form ID: 195                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb         +Eugene D Moses,    Lucy Moses,    329 W 21st St,    Chester, PA 19013-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              JEANNE MARIE CELLA    on behalf of Debtor Eugene D Moses paralegal@lawjmc.com,  pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Joint Debtor Lucy  Moses paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              TERRY P. DERSHAW     td@ix.netcom.com,     PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Eugene D Moses and Lucy Moses                    : Case No. 19−11906−amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 8th day of July, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

48
Form 195